# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 1

In RE: **GLENN WILLIAMS**  
10512 HUNTER TRAIL  

HUNTLEY IL 60142

KATHY FREEMAN

Case Number  
**15-83121 TML**

8/8/2016

SS #:  xxx-xx-2312   xxx-xx-5986

### TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | SULAIMAN LAW GROUP LTD | 900 JORIE BLVD, SUITE 150 OAK BROOK, IL 60523- | | 0.00 Paid Direct (4,000.00) | 0.00 | 0.00 | Not Filed | |
| 002-0 | HSBC MORTGAGE SERVICES INC 636 GRAND REGENCY BLVD | BANKRUPTCY DEPARTMENT BRANDON, FL 33510- | 02/10/2016 | 78,841.43 | 0.00 | 0.00 | Surrendered | |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer  
--------------------------------------  
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on  8/9/16        By  Heather Fagan